# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ANDERSON<br>_____<br>*Defendant* | )<br>)<br>) Case No. 2:12cr 20315-1 SHM/tmp<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of   11/23/2012   in the county of      Shelby      in the      Western      District of
    Tennessee    , the defendant violated   18  U. S. C. §  2113(a)
an offense described as follows:

Bank Robbery

This criminal complaint is based on these facts:
See attached affidavit

✓ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew McArthur, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date:    11/23/2012

City and state:       Memphis, Tennessee

s/Charmiane G. Claxton
*Judge's signature*

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Matthew McArthur, being duly sworn on oath due hereby depose and state the following:

    1.    I am a Police Officer with the Bartlett Police Department and have been so employed for the last eight years. I am currently assigned as a Task Force Officer with the Federal Bureau of Investigation. I am presently assigned to the Safe Streets Task Force with the duties of investigating violent crimes including bank robberies, carjackings and business robberies in the Memphis area.

The following information is based upon my personal knowledge, upon information provided to me by other law enforcement officers, and information provided to me by witnesses with personal knowledge.

    2.    On November 13, 2011, at approximately 2:00 p.m., a lone male entered the InSouth Bank located at 7696 Highway 51 North, Millington, Tennessee and approached one of the bank tellers. The robber gave the victim teller a robbery note which demanded money from the teller's drawer. The robber quickly took federally insured funds and fled the bank.

    3.    The incident was reported to the Millington Police Department and the FBI Memphis Division's Safe Streets Task Force and a citywide broadcast was issued.

    4.    The Millington Police Department received several crime stoppers tips after a media release was broadcast on local news networks. Robert Anderson was developed as a subject responsible for the bank robbery.

    5.    On November 21, 2012, the victim teller and bank manager were shown a photographic display of six similar subjects and both positively identified Robert Anderson as the person who robbed the bank on November 13, 2012.

    6    On November 21, 2012 at approximately 2:05 p.m. Robert Anderson turned himself into the Millington Police Department, located at 7950 Memphis Avenue, Millington, Tennessee.

    7.    Robert Anderson at approximately 2:20 p.m. read his Miranda rights and agreed to talk with Task Force Officer Matthew McArthur and Millington Detective Dennis Brunson. During the interview, Anderson confessed and gave a typed signed

statement admitting to the robbery of InSouth Bank located at 7696 Highway 51 North, Millington, Tennessee.

8. The InSouth Bank, 7696 Highway 51 North, Millington, Tennessee is insured by the Federal Deposit Insurance Corporation, a United States Government Agency, Insurance Certificate number 22020-5 issued on January 06, 1998.

Matthew McArthur – Task Force Officer
Federal Bureau of Investigation
Safe Streets Task Force

SWORN to and SUBSCRIBED before me this _____ day November 23, 2012.

s/Charmiane G. Claxton

Charmiane G. Claxton
US Magistrate Judge