AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br>ROBERT ANDERSON<br>*Defendant* | ) <br> ) <br> ) Case No. 12-20315 <br> ) <br> ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Robrt Anderson                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Bany Robbery in violation of 18U.S.C. 2113(a)


Date: 11/23/2012

*Issuing officer's signature*

City and state:    Memphis, Tennessee

Charmiane G. Claxton, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/23/12 , and the person was arrested on *(date)* 11/23/12
at *(city and state)* Tillington, TN .

Date: 11/23/2012

*Arresting officer's signature*

Jason E Bartlett, TFO
*Printed name and title*