**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division**

**UNITED STATES OF AMERICA**

**-vs-**                                                              **Case No.  2:12cr20315-1 SHM**

**ROBERT ANDERSON**

_____

**ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT**

Upon motion of the Government, it is **ORDERED** that a probable cause/detention hearing is set for **TUESDAY**, **NOVEMBER 27, 2012** at **2:30 P.M.** before United States Magistrate **Judge Diane K. Vescovo** in **Courtroom No. 5, Third Floor**, United States Courthouse and Federal Building, 167 North Main, Memphis,  TN.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date:   November 23, 2012

s/Charmiane G. Claxton
CHARMIANE G.  CLAXTON
UNITED STATES MAGISTRATE JUDGE

---

[1]If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.

AO 470 (8/85) Order of Temporary Detention