UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U. S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee  38301* |
| *(901) 495-1200* | *(731) 421-9200* |

# NOTICE OF SETTING
**Before Judge Samuel H. Mays, Jr., United States District Judge**

February 26, 2013

RE:    2:12cr20315-01-Ma
       USA *v.* ROBERT ANDERSON     (in custody)

Dear Sir/Madam:

A **CHANGE OF PLEA HEARING** has been **SET** before **Judge Samuel H. Mays, Jr.** on **THURSDAY, FEBRUARY 28, 2013** at **3:30 P.M. in Courtroom 2, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
THOMAS M. GOULD, CLERK

BY:    S/ *Zandra Frazier*
       Zandra Frazier, Case Manager
       901-495-1277
       E-mail: zandra_frazier@tnwd.uscourts.gov